FILED
June 21, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002722078

2

Peter L. Cianchetta, SBN 220971
Law Office of Peter Cianchetta
8830 Elk Grove Blvd.
Elk Grove, CA 95624
Voice (916) 685-7878
Fax (916) 685-3662

Attorney for Debtor:
DIANE L TOELLNER

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| In re:<br><br>DIANE L TOELLNER<br><br>,Debtor | Case No.: 2010-24624<br><br>Mtn. Ctrl. No. PLC-02<br>Hearing Date: July 6, 2010<br>Time: 9:32 AM<br>The Honorable Thomas C. Holman<br>Courtroom 32 - Dept B |
|---|---|

### NOTICE OF HEARING ON DEBTOR'S MOTION TO VACATE DISMISSAL

TO: THE TRUSTEE, JAN P. JOHNSON, THE UNITED STATES TRUSTEE, ALL CREDITORS, AND TO ALL OTHER INTERSETED PARTIES:

**PLEASE TAKE NOTICE** that on July 6, 2010 AT 9:32 am, or as soon thereafter as the matter may be heard, in Department A of the U.S. Bankruptcy Court, Eastern District of California, Courtroom 35, 6th floor 501 I Street, Sacramento, CA 95814, DIANE TOELNER, Debtor herein, by and through her attorney of record PETER CIANCHETTA, filed a Motion to Vacate the Order of Dismissal ("Motion") pursuant to Federal Rule of Bankruptcy Procedure Rule 9024 (FRCP Rule 60).

By the motion. Debtor request that the Court enter an order that Vacates the Order of Dismissal.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to Local Bankruptcy Tule 9014-1(f)(2)(iii) opposition, if any, shall be presented at the hearing on said motion. No written opposition is required since motion was filed less than 28 calendar days.

Said grounds will be supported by this notion of motion filed herewith, by the pleadings and papers on file in this bankruptcy case, by declaration in support of this motion and exhibits, if any, filed herewith, and by such oral and documentary evidence as the Court may permit upon the hearing of this motion. Not all information regarding the motion or the Debtors' case is set forth in this motion, and interested parties are advised to review the court's file at the Office of the Clerk, 501 I Street, Suit 3-200, Sacramento, CA 95814.

Dated: June 21, 2010     By: _____
                             PETER CIANCHETTA