FILED
June 21, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002722079

Peter L. Cianchetta, SBN 220971
Law Office of Peter Cianchetta
8830 Elk Grove Blvd.
Elk Grove, CA 95624
Voice (916) 685-7878
Fax (916) 685-3662

Attorney for Debtor:
DIANE L TOELLNER

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>DIANE L TOELLNER<br><br>,Debtor | Case No.: 2010-24624<br><br>Mtn. Ctrl. No. PLC-02<br>Hearing Date: July 6, 2010<br>Time: 9:32 AM<br>The Honorable Thomas C. Holman<br>Courtroom 32 - Dept B |

## DECLARATION OF PETER CIANCHETTA IN SUPPORT OF MOTION TO VACATE ORDER OF DISMISSAL

I, Peter Cianchetta, am the attorney for the Debtor in the above entitled case, I declare;

1. That the matters as set forth in this, my declaration, are true and of my own knowledge, and if called upon to do so, we could and would competently testify as to them.
2. On May 11, 2010 the court heard the Trustee's Motion to Dismiss Case.
3. On May 3, 2010 I underwent surgery to repair my right shoulder.
4. I appeared at the May 11, 2010 hearing telephonically via Court Call because I was not able to travel while taking pain medication for my surgery.
5. During said hearing, I ask the court for additional time to prepare the Debtor's Amended Chapter 13 Plan and Motion to Confirm same due to my recent surgery and related recovery.

6. I understood the Court granted my request for additional time and set the deadline to file the Amended Chapter 13 Plan and Motion to Confirm Plan to June 8, 2010.

7. Following my telephonic appearance, I immediately calendared the deadline on my office calendar for June 8, 2010.

8. On June 8, 2010, Debtor's Amended Chapter 13 Plan and Motion to Confirm Plan were filed and served.

9. I made an error in calendaring the June 8, 2010 date which resulted in the untimely filing of the Amended Plan ultimately resulting in the Dismissal of the Debtor's case.

I declare under penalty of perjury that the forgoing is true and correct.

Executed on June 21, 2010, at Elk Grove, Sacramento County, California.

By: _____
PETER CIANCHETTA