3

Peter L. Cianchetta, SBN 220971
Law Office of Peter Cianchetta
8830 Elk Grove Blvd.
Elk Grove, CA 95624
Voice (916) 685-7878
Fax (916) 685-3662

Attorney for Debtor:
DIANE L TOELLNER

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| In re: | Case No.: 2010-24624 |
|---|---|
| DIANE L TOELLNER | Mtn. Ctrl. No. PLC-02<br>Hearing Date: July 6, 2010<br>Time: 9:32 AM<br>The Honorable Thomas C. Holman |
| ,Debtor | Courtroom 32 - Dept B |

## PROOF OF SERVICE BY MAIL

I, Kelly Hammonds, hereby declare that I am a citizen of the United States and a resident of the Eastern District of California, over the age of eighteen (18) years, and not a party to the within action. On June 21, 2010, I served by regular U.S. mail the following documents (a) Notice of Motion to Vacate Dismissal of Case, (b) Motion to Vacate Dismissal of Case, (c) Declaration of Peter Cianchetta, and (d) Proof of Service on the ATTACHED PACER MATRIX by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States mail, addressed as shown on the attached page(s). I, Kelly Hammonds, declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed on June 21, 2010, at 8830 Elk Grove Blvd. Elk Grove, CA 95624-1811.

Kelly Hammonds

- 1 -

```
Label Matrix for local noticing          BAC Home Loan Servicing LP              Bank Of America
0972-2                                   7105 Corporate Dr                       Attn Bankruptcy Dept
Case 10-24624                            Plano, TX 75024-4100                    PO BOX 15026
Eastern District of California                                                   Wilmington DE 19850-5026
Sacramento
Mon Jun 21 15:38:25 PDT 2010

Bank of the West                         Bureau Of Collection R                  Capitol One
180 MONTGOMERY ST 25TH FLOOR             7575 Corporate Way                      Post Office Box 60067
San Francisco CA 94104-4297              Eden Prairie MN 55344-2000              City of Industry CA 91716-0067


Peter L. Cianchetta                      Citi                                    County of Sacramento
8830 Elk Grove Blvd                      P o Box 6500                            Post Office Box 508
Elk Grove, CA 95624-1811                 Sioux Falls SD 57117-6500               Sacramento CA 95812-0508



FIA Card Services, N.A                   Franchise Tax Board                     Thomas Holman
c/o PRA Receivables Management, LLC      PO Box 2952                             Sacramento Division
PO Box 12907                             Sacramento, CA 95812-2952               U.S. Bankruptcy Court
Norfolk VA 23541-0907                                                            501 I Street, Suite 3-200
                                                                                 Sacramento, CA 95814-7303


Hstn Funding                             I C System Inc                          Indymac Bank
2620 Fountainview                        Po Box 64378                            7700 W Parmer Ln
Houston TX 77057-7621                    Saint Paul MN 55164-0378                Bldg D 2nd Floor
                                                                                 Austin TX 78729-8101


Jan P. Johnson                           Lowes                                   Monterey Financial
PO Box 1708                              Post Office Box 981400                  4095 Avenida De La Plata
Sacramento, CA 95812-1708                El Paso TX 79998-1400                   Oceanside CA 92056-5802


NCO Portfolio Management                 Office of the U.S. Trustee              Sacramento County Tax Collector
c/o Beckett and Lee LLP                  Robert T Matsui United States Courthouse Attn: Bankruptcy
PO Box 3001                              501 I Street, Room 7-500                700 H St #1710
Malvern PA 19355-0701                    Sacramento, CA 95814-7304               Sacramento CA 95814-1285


Sears cbsd                               Diane L. Toellner                       Travis Credit Union
133200 Smith Rd                          7435 Brandamore Ct                      1 Travis Way
Cleveland OH 44130                       Elk Grove, CA 95758-6559                Vacaville CA 95687-3276


Travis Credit Union                      U.S. Bank National Association          Wells Fargo Bank, N.A.
PO Box 2069                              BAC Home Loans Servicing LP             Home Equity Group
Vacaville CA 95696-2069                  7105 Corporate Dr                       1 Home Campus
                                         Plano TX 75024-4100                     MAC X2303-01A
                                                                                 Des Moines IA 50328-0001


Wells Fargo Dealer Services, Inc.        Wells Fargo Financial                   Wells Fargo Financial California
PO Box 19657                             800 Walnut Street                       4137 121st St
Irvine CA 92623-9657                     Des Moines IA 50309-3891                Urbandale IA 50323-2310
```

Wells Fargo Financial National Bank
4137 121st St
Urbandale IA 50323-2310

Wells Fargo Home Equity
Post Office Box 5169
Sioux Falls SD 57117-5169

(p)WACHOVIA DEALER SERVICES INC
BK DEPARTMENT
PO BOX 19657
IRVINE CA 92623-9657

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Wfs Financial Wachovia Dealer Services
Po Box 19657
Irvine CA 92623

End of Label Matrix
Mailable recipients    32
Bypassed recipients     0
Total                  32 30